# KURZ & FORTAS, LLC
### ATTORNEYS FOR CONSUMERS
TOLL FREE 866-971-7208
TOLL FREE 866-971-7209 FACSIMILE
KFLAW.ATTORNEYSFORCONSUMERS.COM

**CORPORATE OFFICE**
(DIRECT ALL CORRESPONDENCE TO THIS ADDRESS)
1932 N. DRUID HILLS ROAD
SUITE 200
ATLANTA, GA 30319
LOCAL 404 856 3888
EXTENSION: 412
E-MAIL: DKURZ@KURZANDFORTAS.COM

**NEW YORK OFFICE**
80 BROAD STREET
5TH FLOOR
NEW YORK, NY 10004

WRITER LICENSED IN:
NEW YORK, NEW JERSEY,
TEXAS, AND GEORGIA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/09

July 9, 2009

The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 21B
New York, NY 10007



RECEIVED
JUL 13 2009
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

Re:  Carol Dobson v. Eltman, Eltman, & Cooper, PC
     Case No. 09-CV-5588 (RMB)

Honorable Judge Berman:

Pursuant to a discussion with your law clerk, please accept this letter as a request for adjournment of the initial pre-trial conference set for July 28, 2009 at 9:00 am in the above referenced matter. Plaintiff has not yet been able to perfect service on the Defendant, and, as such, there is no opposing counsel of record and, thus, no way for the parties to jointly develop a case management plan or begin discussion regarding possible settlement of the issues in this case.

If his Honor would entertain rescheduling the conference for sixty (60) days from the original date of the conference, I feel confident that service will be perfected and the parties will be able to meet on the above referenced items and be prepared to attend said conference.

I thank this Honorable Court for the time and consideration of this matter and look forward to receipt of your decision.

*Application respectfully denied*
SO ORDERED:
RMB
_____
RICHARD M. BERMAN U.S.D.J.
7/14/09

Best regards,

Dennis Kurz
Attorney at Law

DRK/dao