**MEMO ENDORSED**

# KURZ & FORTAS, LLC
### ATTORNEYS FOR CONSUMERS
Toll Free 866-971-7208
Toll Free 866-971-7209 Facsimile
KFLAW.ATTORNEYSFORCONSUMERS.COM

**RECEIVED AUG 20 2009 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.**

CORPORATE OFFICE
(DIRECT ALL CORRESPONDENCE TO THIS ADDRESS)
1932 N. DRUID HILLS ROAD
SUITE 200
ATLANTA, GA 30319
LOCAL 404 858 3888
EXTENSION: 412
E-MAIL: DKURZ@KURZANDFORTAS.COM

NEW YORK OFFICE

80 BROAD STREET
5TH FLOOR
NEW YORK, NY 10004

WRITER LICENSED IN:
NEW YORK, NEW JERSEY,
~~FLORIDA AND GEORGIA~~

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/20/09

August 14, 2009

*Status conference scheduled for 9/15/09 at 9am.*

The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 21B
New York, NY 10007

**SO ORDERED:**
Date: 8/20/09
*Richard M. Berman*
**Richard M. Berman, U.S.D.J.**

Re: Carol Dobson v. Eltman, Eltman, & Cooper, PC
Case No. 09-CV-5588 (RMB)

Honorable Judge Berman:

Pursuant to a discussion with your law clerk earlier this week, please accept this letter as our formal request that Your Honor's July 28, 2009 Order of Dismissal be vacated and that this matter be placed back on the pretrial calendar pending confirmed service of process on the Defendant. In consideration of this request, I note that on July 9, 2009, our office requested that the July 28, 2009 pretrial conference be adjourned pending confirmed personal service upon the Defendant and we were informed that the same request would be granted upon our office mailing a written request to that effect, which we did. (See attached July 9, 2009 correspondence) To that end, we would again appreciate any accommodations Your Honor could make in this regard, as we respectfully submit that we inadvertently diaried this matter in our firm's calendar as being adjourned until further notice from the Court, without a formal confirmation of same.

At this time, we are still in the process of having the Defendant served, but cannot do so without the previous Order of dismissal being vacated or our firm having to re-file with the Clerk's Office. Therefore, given the interests of judicial economy and the inadvertence of our office regarding scheduling, we would respectfully request for this one time accommodation of this matter being reset at a time and date convenient for the Court. As soon as we have some type of confirmation with respect to the Court's position regarding this request, we will take appropriate efforts to get the Defendant's registered agent served as soon as possible and to have any scheduling issues worked out with opposing counsel prior to the hearing.

ALABAMA * GEORGIA * IDAHO * MONTANA * NEW YORK * TENNESSEE

      If his Honor would entertain rescheduling the conference for sixty (60) days from the original date of the conference, I feel confident that service will be perfected and the parties will be able to meet on the above referenced items and be prepared to attend said conference.

      I thank this Honorable Court for the time and consideration of this matter and look forward to receipt of your decision.

                                              Best regards,

                                              Dennis Kurz
                                              Attorney at Law

DRK/dao