UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

**Plaintiff**
CAROL DOBSON
vs.
**Defendant**
ELTMAN, ELTMAN & COOPER, PC

Case No.: 09 CIV 5588
Hearing Date:
Attorney of Record:

## AFFIDAVIT OF SERVICE

Received this on _____8/12/09_____

I, Paul Dezio, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on Aug 14 2009 8:35AM, I executed service of SUMMONS IN A CIVIL ACTION; COMPLAINT; on ELTMAN, ELTMAN & COOPER, PC at 140 BROADWAY 26TH FLOOR, NEW YORK, New York County, NY 10005

By Personal Service to: Max Burke, Attorney, A black male approx. 35-40 years of age 6'0"-6'2" in height weighing 160-180 lbs with black hair and glasses

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Executed on Aug 17, 2009

_____
Paul Dezio, Reg. # 1321601, New York, NY

State of New York, County of Suffolk
Subscribed and sworn to before me, a notary public on Aug 17, 2009

_____
Notary Public

FOR: Kurz & Fortas, LLC
REF: Dobson, Carol

CARLA M ELLIS
NOTARY PUBLIC STATE OF NEW YORK
NO. [illegible]
QUALIFIED IN [illegible]
COMMISSION EXPIRES [illegible]

Order No. 8072516 SEA

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

Plaintiff
CAROL DOBSON

vs.

Defendant
ELTMAN, ELTMAN & COOPER, PC

Case No.: 09 CIV 5588
Hearing Date:
Attorney of Record:

**AFFIDAVIT OF SERVICE**

Received this on 8/2/09

I, Paul Dezio, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on Aug 14 2009 8:35AM, I executed service of SUMMONS IN A CIVIL ACTION; COMPLAINT on ELTMAN, ELTMAN & COOPER, PC at 140 BROADWAY 26TH FLOOR, NEW YORK County, NY 10005

By Personal Service to: Max Burke, Attorney, A black male approx. 35-40 years of age 6'0"-6'2" in height weighing 160-180 lbs with black hair and glasses

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Executed on Aug 17, 2009

Paul Dezio, Reg. # 1321601, New York, NY

State of New York, County of Suffolk
Subscribed and sworn to before me, a notary public on Aug 17, 2009

Notary Public

CARLA M ELLIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01EL...
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES AUGUST 19, 20..

FOR: Kurtz & Fortes, LLC
REF: Dobson, Carol

Order No. 807251 6 SEA