**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CAROL DOBSON, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>ELTMAN, ELTMAN & COOPER, PC, )<br>)<br>      Defendant. ) | Case No. 1:09-CV-5588 |

**NOTICE OF PENDING SETTLEMENT**

Plaintiff, CAROL DOBSON, by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Respectfully submitted this the __14th__ day of __September__, 2009.

/s/ Dennis R. Kurz
Dennis R. Kurz
New York Bar No: 4570453
KURZ & FORTAS, LLC
1932 North Druid Hills Road, Suite 200
Atlanta, GA 30319
Telephone: (404) 856-3888
Facsimile: (866) 971-7209
dkurz@attorneysforconsumers.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on this <u>14th</u> day of September 2009, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Defendant's counsel as described below. A copy will also be forwarded to Defendant's counsel by electronic and regular U. S. mail.  Parties may access this filing through the Court's system.

David Weiner, Esq.
Eltman, Eltman & Cooper, P.C.
140 Broadway 26 Floor
New York, NY 10005

/s/ Dennis R. Kurz
Dennis R. Kurz
New York Bar No:  4570453
KURZ & FORTAS, LLC
1932 North Druid Hills Road, Suite 200
Atlanta, GA 30319
Telephone: (404) 856-3888
Facsimile: (866) 971-7209
dkurz@attorneysforconsumers.com
Attorney for Plaintiff